United States District Court
District of Connecticut
FILED AT BRIDGEPORT
4/24/08            20
Roberta D. Tabora, Clerk
By_____
        Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ALAN P. CLARK,
      Plaintiff,

v.                                      3:05-cv-1345 (WWE)

TIMOTHY DOWTY, in his individual
capacity; KEVIN WILCOX, in his individual
capacity; JARED BOYNTON, in his
individual capacity,
      Defendants.

## SPECIAL VERDICT FORM

(INTERROGATORIES)

I. **DEPRIVATION OF FOURTH AMENDMENT RIGHTS:**

    A. With respect to each of the following defendants, has Mr. Clark proven by a preponderance of the evidence that such defendant violated Mr. Clark's constitutional right to be free from the use of excessive force?

        Kevin Wilcox      __X__ Yes      _____ No

        Jared Boynton    _____ Yes      __X__ No

    If your answer to the above question is "Yes" as to one or both of the defendants, please proceed to the next question.

    B. Do you find that the acts or omissions of one or both of the defendants were a proximate cause of injuries to the plaintiff?

        Kevin Wilcox      __X__ Yes      _____ No

        Jared Boynton    _____ Yes      _____ No

II. **ASSAULT AND BATTERY**

    A. With respect to each of the following defendants, has Mr. Clark proven by a preponderance of the evidence that such defendant committed an assault and/or battery against him?

        Kevin Wilcox      _____ Yes      __X__ No

        Jared Boynton    _____ Yes      __X__ No

    If your answer to the above question is "Yes" as to one or both of the defendants, please proceed to the next question.

B.  If you answered "Yes" to interrogatory II.A. as to one or both of the defendants, was such assault and/or battery a proximate cause of any injuries to Mr. Clark?

    Kevin Wilcox    \_\_\_\_ Yes    \_\_\_\_ No

    Jared Boynton    \_\_\_\_ Yes    \_\_\_\_ No

## III. INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

A.  With respect to each of the following defendants, has Mr. Clark proven by a preponderance of the evidence that such defendant intentionally inflicted emotional distress upon Mr. Clark?

    Timothy Dowty    __X__ Yes    \_\_\_\_ No

    Kevin Wilcox    \_\_\_\_ Yes    __X__ No

    Jared Boynton    \_\_\_\_ Yes    __X__ No

If your answer to the above question is "Yes" as to any or all of the defendants, please proceed to the next question.

B.  If you answered "Yes" to interrogatory III.A. as to any or all of the defendants, was such emotional distress a proximate cause of any injuries to Mr. Clark?

    Timothy Dowty    __X__ Yes    \_\_\_\_ No

    Kevin Wilcox    \_\_\_\_ Yes    \_\_\_\_ No

    Jared Boynton    \_\_\_\_ Yes    \_\_\_\_ No

## IV. COMPENSATORY AND NOMINAL DAMAGES

A.  With respect to any or all of the defendants you find to be liable to Mr. Clark, has Mr. Clark proven by a preponderance of the evidence that he sustained injury or damage as a result of the wrongful conduct of that defendant?

> Please note: you should not respond to this question as to a defendant unless you concluded that that defendant is liable to Mr. Clark.

    Timothy Dowty    __X__ Yes    \_\_\_\_ No

    Kevin Wilcox    __X__ Yes    \_\_\_\_ No

    Jared Boynton    \_\_\_\_ Yes    __X__ No

3:05CV1345 (WWE)

$27,581.25

40% WILCOX 11,032.50

60% DOWTY 16,548.75

To: IV B. Compensatory or Nominal Damages on Verdict Form.

B.  If your answer to Part IV.A. is "Yes" as to any or all of the defendants, what is the amount of damages you determine to be fair, just and reasonable to compensate Mr. Clark for the injuries he has sustained?

  Compensatory or Nominal Damages $_____

## V. PUNITIVE DAMAGES

A.  With respect to each of the following defendants, if you found that that defendant is liable to Mr. Clark for compensatory or nominal damages, do you also find that, because of that defendant's conduct, the defendant is liable for punitive damages?

| Defendant | Yes | No |
|---|---|---|
| Timothy Dowty | ___ | X |
| Kevin Wilcox | ___ | X |
| Jared Boynton | ___ | X |

B.  If your answer to Part V.A. is "Yes" as to any defendant, what is the amount of punitive damages you award to Mr. Clark with respect to that defendant?

  Timothy Dowty $_____

  Kevin Wilcox $_____

  Jared Boynton $_____

_Linda A. Moshier_
**FOREPERSON**

_4-24-08_
**DATE**

3