UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALAN P. CLARK

       v.                                    3:05CV1345 (WWE)

TIMOTHY DOWTY, KEVIN WILCOX,
JARED BOYNTON, AND
TOWN OF EAST HAMPTON

## J U D G M E N T

This matter came on before a jury and the Honorable Warren W. Eginton, Senior United States District Judge. On April 24, 2008, after deliberation, the jury returned a verdict in favor of the plaintiff against the defendant Kevin Wilcox in the amount of $11,032.50, against defendant Timothy Dowty in the amount of $16,548.75 and in favor of the defendant Jared Boynton. On April 22, 2008, the plaintiff withdrew the claims against the Town of East Hampton.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff Alan P. Clark against defendant Kevin Wilcox in the amount of $11,032.50, against defendant Timothy Dowty in the amount of $16,548.75 and for defendant Jared Boynton and the case is closed.

Dated at Bridgeport, Connecticut, this 29th day of April, 2008.

                                          KEVIN F. ROWE, Clerk

                                        By   /s/ Deborah A. Candee
                                                Deputy Clerk

Entered on Docket _____