UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALAN P. CLARK | : | 3:05cv1345 (WWE) |
| Plaintiff, | : | |
| | : | |
| Vs. | : | |
| | : | |
| TIMOTHY DOWTY, ET AL. | : | |
| Defendants. | : | MAY 12, 2008 |

## **STIPULATION TO DISMISS**

The plaintiff, **ALAN P. CLARK** and the defendants, **TIMOTHY DOWTY, KEVIN WILCOX, JARED BOYNTON,** stipulate that this case may be dismissed as to these parties with prejudice and without costs or fees awarded to any party.

THE PLAINTIFF:                                             THE DEFENDANTS:

BY:_____                    BY_____
    BRIAN J. WOOLF                                      ELLIOT B. SPECTOR
    Federal Bar Number: ct                              Federal Bar Number: ct05278
    50 Founders Plaza-2nd Floor                    Noble, Spector & O'Connor
    East Hartford, CT  06108                          One Congress Street
    860-290-8690                                              Hartford, CT 06114
    FAX: (860) 290-8697                                  Phone: (860) 525-9975
                                                                           Fax: (860) 525-9985
                                                                           spector@nsyolaw.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 2nd day of June, 2008, to the following counsel of record:

Brian J. Woolf, Esquire
50 Founders Plaza
East Hartford, CT  06108

                                                                                 _____
                                                                                     Elliot B. Spector

Chief Clerk
USDC
915 Lafayette Boulevard
Bridgeport, CT  06604

**NOBLE, SPECTOR & O'CONNOR, P.C.** • ATTORNEYS AT LAW
ONE CONGRESS STREET • HARTFORD CT 06114-1067 • JURIS NO. 409138 • TEL: (860) 525-9975 • FAX: (860) 525-9985